JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVI DHAMEJA, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; DISCOVER BANK; SOUTHERN CALIFORNIA EDISON COMPANY; WHEELS FINANCIAL GROUP, LLC dba LOANMART; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-02345-JFW-MAA <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation by and between Plaintiff Ravi Dhameja and Defendant Experian Information Solutions, Inc., this Court hereby dismisses this action with prejudice. Each party to bear its own fees and costs.  IT IS SO ORDERED.

IT IS SO ORDERED

DATE: December 27, 2021          BY: _____
                                    HON. JOHN F. WALTER